**State Loan Association of Illinois, Inc., a Delaware Corporation, Plaintiff-Appellee, v. Charlie L. Wright, Defendant-Appellant.**

Gen. No. 48,006.

First District, Second Division.
November 22, 1960.
Rehearing denied January 26, 1961.

Landon L. Chapman and Solomon Sachs, of Chicago, for appellant; Joseph I. Adler, of Chicago, for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.